UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY KENNETH WILLIAMSON,
:
Petitioner,
:
v. : No. 2:14-cv-05964
:
DISTRICT ATTORNEY OF
PHILADELPHIA COUNTY;
THE ATTORNEY GENERAL OF
THE COMMONWEALTH OF PENNSYLVANIA;
and ERIC TICE, SUPERINTENDENT,
Respondents.

# ORDER

**AND NOW**, this 2nd day of November, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Williamson's objections, ECF No. 20, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 16, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED WITH PREJUDICE**;

4. Williamson's request for an evidentiary hearing is **DENIED**;

5. This case is **CLOSED**; and

6. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge